UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : DISTRICT NO. 18-CR-126

v. : ORDER

MARCELLA DRAKEFORD :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this \_\_\_\_22ND\_\_\_\_ day of \_\_MAY, 2018,

ORDERED that _____DAVID HOLMAN\_\_ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
JUDGE KATHARINE S. HAYDEN
United States Magistrate Judge