PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Marcella Drakeford     Cr.: 18-00126-001
                                                                                                                               PACTS #: 4673343

Name of Sentencing Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
                                                                      SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/08/2019

Original Offense:    Count One: Frauds and Swindles, 18: U.S.C. Sec. 1341 (f)

Original Sentence: 27 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Restitution - Money, Financial Disclosure, Mental Health Treatment, No New Debt/Credit, No Contact with Victim, Motor Vehicle Compliance

<u>Type of Supervision: Supervised Release</u>                 <u>Date Supervision Commenced: August 30, 2021</u>

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| <u>Violation Number</u> | <u>Nature of Noncompliance</u> |
|---|---|
| 1 | Marcella Drakeford was ordered to pay restitution in the amount of $237,258.27 at a rate of no less than $250 per month. Ms. Drakeford violated these conditions of supervised release by failing to make payments on her restitution obligation for the months of September 2021; December 2021; February 2022; April 2022; May 2022; June 2022; July 2022; August 2022; September 2022; October 2022; November 2022; December 2022; January 2023; February 2023; March 2023; April 2023; and May 2023. |
| | The Treasury Offset Program (TOP), garnished tax refunds in 2020 and 2021 in the total amount of $3,181.99. Ms. Drakeford's balance is $232,976.28. |

U.S. Probation Officer Action:

The U.S. Probation Office in the ND/TX is respectively requesting that no Court action be taken at this time. Our office concurs with this recommendation, as it appears the ND/TX is addressing the issue with appropriate correctional actions.

Prob 12A – page 2
Marcella Drakeford

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: KIMBERLY MARIN
U.S. Probation Officer

/ kms

APPROVED:

_____  05/24/2023
KEVIN M. VILLA                     Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

5/24/2023
Date